**Opinion issued August 30, 2016**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-16-00625-CR

———————————

### IN RE MICHAEL DONNELL PRUITT, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Michael Donnell Pruitt, proceeding pro se and incarcerated, has filed an "Application For Writ of Mandamus" seeking to compel the respondents, listed as "Chief District Attorney John Lewis" and "Judge Susan Brown," to respond to and rule on his pending pro se pre-trial motions for, among other things, an

examining trial and discovery in his underlying criminal proceeding.[1]  Relator has also filed a pro se motion for leave to file this petition.

We construe the application as a petition for writ of mandamus and deny the petition.  *See* TEX. R. APP. P. 52.8(a), (d).  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1]  The underlying case is *The State of Texas v. Michael Donnell Pruitt*, Cause No. 1502019, pending in the 185th District Court, Harris County, Texas, the Honorable Susan Brown presiding.  This Court previously denied Pruitt's mandamus petition seeking similar relief.  *See In re Pruitt*, No. 01–16–00529–CR, 2016 WL 4033443, at *1 (Tex. App.—Houston [1st Dist.] July 26, 2016, orig. proceeding) (per curiam) (mem. op., not designated for publication).